■ In the Matter of the Claim of JEANINE GARBARINI, Respondent. JOYCE LESLIE, INC., Appellant; LILLIAN ROBERTS, as Commissioner of Labor, Respondent. — Appeal from a decision of the Unemployment Insurance Appeal Board, filed May 21, 1984, which ruled that claimant was eligible for benefits, effective November 2, 1983, without any disqualifying conditions.

Decision affirmed, without costs (see *Matter of Pepino* [*ARC Rebuilders — Roberts*], 95 AD2d 914). Mahoney, P. J., Kane, Main, Casey and Levine, JJ., concur.